IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL HERNANDEZ,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 25-CV-2018** |
| | : | |
| **DEPT. OF CORRECTIONS,** *et al.* | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 17th day of November, 2025, upon consideration of Plaintiff Michael Hernandez's *pro se* Amended Complaint (ECF No. 16), for the reasons stated in the Court's Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Hernandez's (a) official capacity claims; (b) claims against Defendant Gina Clark based on (1) her position as Superintendent of SCI Chester, (2) a failure to investigate, and (3) a failure to provide medical care; and (c) all claims against Margaret Reif are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2. Hernandez's claims against Defendant Clark based on (a) failure to train, and (2) deliberate indifference to how vulnerable inmates are housed; and his deliberate indifference claim against Dr. John Doe are **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk of Court is **DIRECTED** to terminate Margaret Reif as a Defendant.

4. The Clerk of Court is **DIRECTED** send Hernandez a blank copy of the Court's standard form complaint for prisoners to use to file a complaint bearing the above civil action number.

5. Hernandez is given until **December 15, 2025**, to file a second amended complaint in the event he can allege additional facts with respect to the claims dismissed without prejudice

in Paragraph 2 of this Order. Any second amended complaint shall identify all defendants in the caption of the second amended complaint in addition to identifying them in the body of the second amended complaint, shall state the basis for Hernandez's claims against each defendant, and shall bear the title "Second Amended Complaint" and the case number 25-2018. **If Hernandez files a second amended complaint, it must be a complete document that includes all the bases for Hernandez's claims if he seeks to proceed on those claims. He may NOT reassert a claim that has already been dismissed with prejudice. Claims that are not included in the amended complaint will not be considered part of this case.** When drafting his second amended complaint, Hernandez should be mindful of the Court's reasons for dismissing the claims listed in Paragraph 2, as explained in the Court's Memorandum, and attempt to identify the as yet unknown Defendants. Upon the filing of a second amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

6. If Hernandez does not wish to further amend and instead intends to stand on his Amended Complaint as originally pled, he may file a notice with the Court no later than **December 15, 2025**, stating that intent, at which time the Court will direct service of the Amended Complaint on the remaining John Doe Correctional Officers **only**.

7. If Hernandez fails to file any response to this Order, the Court will conclude that Hernandez intends to proceed only on the remaining claims in his Amended Complaint and will issue a service order.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge